**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) No. 1:19-cv-5031-SEB-DLP |
| Plaintiffs, | ) |
| LUCAS STUCCO STONE & BRICK, LLC, a Missouri corporation, and TVH EXTERIOR LLC, a Missouri limited liability company, | ) |
| Defendants. | ) |

**MOTION TO EXTEND DISCOVERY**

Plaintiffs, their attorneys, DONALD D. SCHWARTZ, and ARNOLD and KADJAN, LLP present their Motion to Extend Discovery. In support thereof, Plaintiffs state:

1. Discovery is currently set to close December 31, 2020.

3. This matter is set for conference on the status of discovery on March 18, 2021.

4. Since the last conference the parties have exchanged significant documentation and Plaintiffs have issued and received responses to multiple subpoenas.

5. In the last 75 days the parties have held extensive settlement discussions and exchanged settlement proposals and counterproposals. The parties have attempted to conserve legal resources and have not conducted depositions during this period of settlement discussions.

6. While the parties are close to settlement counsel for Plaintiffs believes it necessary to depose the main corporate owner and officer regarding the germination of defendant TVH before final settlement is reached. Due to settlement discussions the deposition of Mr. Schlaefli, company owner of both defendants did not occur within the discovery schedule.

6. Plaintiffs seek discovery extension to March 31, 2021 to depose the company

owner and until May 1, 2021 to complete discovery if post deposition settlement is not consummated.

7. This motion is not interposed for the purpose of delaying prosecution of this matter.

8. Plaintiffs have actively engaged in discovery in this action.

WHEREFORE, Plaintiffs move this Court to extend discovery cut off to March 31, 2021 to depose company owner and to May 1, 2021 to complete any other discovery.

Respectfully submitted,

MARK MCCLESKEY, et. al.

By: s/ Donald D. Schwartz
Counsel for Plaintiff

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
(312) 236-0415

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March 2021, a copy of foregoing Motion to Extend Discovery was filed electronically. Copies of this filing will be sent to the following parties via U.S. Mail, first class, postage prepaid. Parties may access this filing through the Court's system.

Bryan M. Kaemmerer
McCarty, Leonard, & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
St Louis Town & Country, MO 63107

s/ Donald D. Schwartz
Counsel for Plaintiff

Attorney for Plaintiffs, Mark McCleskey, et. al.

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, Illinois 60601
Telephone: 312-236-0415
E-mail: dds@aandklaw.com